```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/15/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :           ORDER
                                          :
                                          :
Dimitrie Marzac,                          :       19CR668 (ALC)
                                          :       ─────────────
                                          :          Docket #
------------------------------------------x


Honorable Andrew L. Carter, Jr.
─────────────────────────────, DISTRICT JUDGE:
      Judge's Name

The C.J.A. attorney assigned to this case
  Robert Soloway
─────────────────────────── is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

                        Jeremy Schneider
matter is assigned to ───────────────────────────, NUNC-PRO-TUNC _____.
                              Attorney's Name


                                    SO ORDERED.

                                    ─────────────────────────
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         7/15/25