USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/9/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| - v. - | 19-CR-668 (ALC) |
| | **ORDER** |
| **Dimitrie Marzac,** | |
| Defendant. | |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea Hearing is set for **September 11, 2025**, at **4:00 p.m.** in **Courtroom 318**.

**SO ORDERED.**

Dated:   **New York, New York**
         **September 9, 2025**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**