USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

-against-

**DIMITRIE MARZAC,**

Defendants.

------------------------------------------------------------------- x

**19-CR-668 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for September 25, 2025, at 11:00 a.m. is CANCELED.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 16, 2025**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**