ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                    Tel: (212) 571-5500
Robert A. Soloway                                                   Fax: (212) 571-5507
David Stern
_____

Rachel Perillo

January 21, 2026

**By ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___1/22/26_____

Re:     United States v. Marian Irinel Flore
        Including DIMITRIE MARZAC
        19 Cr. 668 (ALC)

Dear Judge Carter:

I represent Dimitrie Marzac, a defendant in the above-named matter, who is scheduled to be sentenced on January 27, 2026 at 2:00 p.m. This letter is respectfully submitted without objection from the government, by Jaclyn Delligatti, to request a brief adjournment of sentencing to January 28, 2026 at 4:00 p.m., a date and time that I understand is convenient for the Court.

The reason for this request is that I am currently traveling, and due to the severe weather conditions that are expected on Saturday through Monday, I will need to adjust my travel plans and am uncertain whether I will be able to return in time for sentencing on Tuesday January 27. Out of an abundance of caution, it is therefore respectfully requested that sentencing be postponed to January 28, 2026 at 4:00 p.m., which should ensure my ability to be present.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:     AUSA Jaclyn Delligatti (by ECF)   The application is **GRANTED**. Sentencing
                                          adjourned to 1/28/26 at 4 p.m.
                                          So Ordered.

                                          *Andrew T. Carter*
                                          1/22/26